## Commonwealth *v.* Boyle, Appellant.

Argued March 26, 1973. *Jerry Brodsky,* with him *Brodsky, Brodsky and Brodsky,* for appellant; *Albert L. Becker,* Assistant District Attorney, with him *James T. Ranney* and *Milton M. Stein,* Assistant District Attorneys, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Brame, Appellant.

Submitted March 19, 1973. *Jonathan Miller,* Assistant Defender, and *Vincent J. Ziccardi,* Defender, for appellant; *James T. Ranney* and *Milton M. Stein,* Assistant District Attorneys, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.